UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSUE TORRES,

Defendant.

**ORDER**

16 Cr. 85 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

A conference regarding Defendant's alleged violations of supervised release will take place on **July 20, 2020 at 10:30 a.m.** by telephone. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. By **July 16, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated:  New York, New York
        July 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge