UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        -against-

JOSUE TORRES,

               Defendant.

**ORDER**

16 Cr. 85 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A conference regarding Defendant's alleged violations of supervised release will take place on **July 27, 2020 at 10:00 a.m.** by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter the access and security code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access and security code.  To the extent that any party's contact information has changed since the July 20, 2020 conference, the party must email GardepheNYSDChambers@nysd.uscourts.gov – no later than **July 24, 2020** – the phone number that the party will be using to dial into the conference so that the Court knows to un-mute that number.  The email should include the case name and case number in the subject line.

Dated:  New York, New York
       July 20, 2020

                       SO ORDERED.

                       Paul G. Gardephe
                       United States District Judge