UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSUE TORRES,

Defendant.

**ORDER**

16 Cr. 85 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

As discussed at today's conference, Defendant is directed to report to the Probation Office on the 6th Floor of 500 Pearl Street, New York, NY 10007 on **July 30, 2020 at 11 a.m.**  The hearing on Defendant's alleged violations of supervised release will continue on **August 27, 2020 at 2:00 p.m.** by telephone.  The parties are directed to dial 888-363-4749 to participate, and to enter access/security code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access/security code.  To the extent that any party's contact information has changed since the July 27, 2020 conference, the party must email GardepheNYSDChambers@nysd.uscourts.gov the phone number that the party will be using to dial into the conference so that the Court knows to un-mute that number.  The email should be sent by **August 24, 2020** and include the case name and case number in the subject line.

Dated:  New York, New York
        July 27, 2020

SO ORDERED.

*[signature: Paul Gardephe]*

Paul G. Gardephe
United States District Judge