UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

JOSUE TORRES,

Defendant.

**ORDER**

16 Cr. 85 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The hearing concerning Defendant's alleged violations of supervised release will continue on **October 9, 2020 at 12:00 p.m.** The parties are directed to dial 888-363-4749 to participate, and to enter access/security code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access/security code. To the extent that any party's contact information has changed since the September 10, 2020 conference, the party must email GardepheNYSDChambers@nysd.uscourts.gov the phone number that the party will be using to dial into the conference so that the Court knows to un-mute that number. The email should be sent by **October 6, 2020** and include the case name and case number in the subject line.

Dated: New York, New York
       September 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge